IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST MACHADO,

    Petitioner,

  v.

ANTHONY KANE, Warden, Correctional Training Facility, Soledad, California,

    Respondent.
                                       /

No. C 05-01632 WHA

**SCHEDULING ORDER FOR BRIEFING ON MOTION TO DISMISS**

Respondent filed a motion to dismiss the petition for a writ of habeas corpus on November 16, 2005. Petitioner must file any opposition brief and any documents accompanying it by noon, December 5, 2005. Respondent must file any reply briefs and any documents accompanying them within the seven calendar days following the day he receives any opposition brief by petitioner.

**IT IS SO ORDERED.**

Dated: November 17, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California